# United States District Court

-------------------------- DISTRICT OF KANSAS---------------------------

| | |
|---|---|
| STEVE STRAUSS d/b/a CLASSIC TREE CARE,<br><br>            Plaintiff,<br><br>              v.<br><br>ANGIE'S LIST, INC.,<br><br>            Defendant. | Case No. 2:17-CV-02560-HLT-TJJ |

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order filed on November 1, 2018, Plaintiff STEVE STRAUSS d/b/a CLASSIC TREE CARE takes nothing and the action is dismissed.

IT IS SO ORDERED.

Dated this 1st day of November, 2018 in Topeka, Kansas.

TIMOTHY M. O'BRIEN
CLERK OF THE DISTRICT COURT

by:  */s/ Misty D. Deaton*
          Deputy Clerk