# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVE STRAUSS d/b/a CLASSIC TREE CARE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:17-CV-02560-HLT-TJJ ) |
| ANGIE'S LIST, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Steve Strauss d/b/a Classic Tree Care hereby appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's November 1, 2018 Memorandum and Order (Doc. #85) and Judgment in a Civil Case (Doc. #86) which enters Judgment in favor of defendant Angie's List, Inc. and dismisses all claims asserted against them.

Respectfully submitted,

**COLANTUONO BJERG GUINN KEPPLER, LLC**

By: /s/ Robert J. Bjerg
ROBERT J. BJERG   KS #16702
7015 College Blvd., Suite 375
Overland Park, Kansas  66211
913.345.2555
913.345.2557 facsimile
bb@ksmolaw.com
Attorneys for Plaintiff Steve Strauss d/b/a Classic Tree Care

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019 the above pleading was electronically filed with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this action.

/s/ Robert J. Bjerg
Attorney for Plaintiff