FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

**March 9, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

STEVE STRAUSS, d/b/a Classic Tree Care,

    Plaintiff - Appellant,

v.

ANGIE'S LIST, INC.,

    Defendant - Appellee.

No. 19-3025
(D.C. No. 2:17-CV-02560-HLT-TJJ)
(D. Kan.)

_____

## JUDGMENT
_____

Before **TYMKOVICH**, Chief Judge, **MURPHY**, and **CARSON**, Circuit Judges.
_____

This case originated in the District of Kansas and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk